UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDALL BLAINE PIERCE, | ) | 1:01-CV-05022 OWW HGB HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTION |
| | ) | |
| v. | ) | [Doc. #17] |
| | ) | |
| ANTHONY NEWLAND, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 13, 2001, the undersigned issued an order dismissing the case without prejudice. Judgment was entered the same day, and the case was closed. On September 7, 2010, Petitioner filed a request for judicial notice. Petitioner is advised that this case has been closed for nine years. To the extent he wishes to seek federal habeas relief, he must file a new petition. Petitioner is advised, however, that any new petition will likely violate the one-year statute of limitations, as Petitioner was informed him in 2001.

Accordingly, Petitioner's motion for judicial notice is DENIED.

IT IS SO ORDERED.

**Dated:**   September 14, 2010            /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE