UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RANDALL BLAINE PIERCE, | ) | 1:01-CV-05022 OWW HGB HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTIONS |
| | ) | |
| v. | ) | [Doc. #22, 23] |
| | ) | |
| ANTHONY NEWLAND, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 13, 2001, the undersigned issued an order dismissing the case without prejudice. Judgment was entered the same day, and the case was closed. On September 20, 2010, Petitioner filed two motions for judicial notice. As Petitioner was informed on September 14, 2010, this case has been closed for nine years. No further filings will be accepted in this case. They will be stricken.

Accordingly, Petitioner's motions for judicial notice are DENIED.

IT IS SO ORDERED.

**Dated:   September 29, 2010**           /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE